JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN ENVIRONMENTAL GROUP, INC., a California corporation also known as and doing business as FLEET UNION CONTRACTING; ANDREW M. PENNOR also known as ANDREW MICHAEL PENNOR, an individual; DOE 1 through DOE 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. SACV11-1873 DOC(RNBx<br><br>ORDER RE DISMISSAL WITH THE COURT'S RETENTION OF JURISDICTION |

　　　Pursuant to the Stipulation re Dismissal with the Court's Retention of Jurisdiction entered between the parties to this action, and good cause appearing therefor,

　　　**IT IS HEREBY ORDERED:**

　　　1)　This action is dismissed in its entirety; however, the Court retains jurisdiction over the action to enforce the

-1-

settlement agreement between the parties, and/or to enter judgment; and

    2) Any party may seek to reinstate this action to enforce the terms of the settlement by written application to the Court without formal notice of motion, and upon written declaration of counsel as to reason(s) this action must be reinstated.

DATED: January 11, 2013

        */s/ David O. Carter*
        DAVID O. CARTER, Judge of the
        UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA

-2-